REVERE COPPER AND BRASS, INCORPORATED, Respondent, *v.* GEHNRICH OVEN COMPANY, INCORPORATED, Appellant.

Argued October 25, 1938; decided November 29, 1938.

*Isadore Bookstein* and *Abraham Daniels* for appellant.
*M. M. Leichter* and *John L. Ketcham* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.